**UNITED STATES DISTRICT COURT**

                                         **DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-155-APG-(VCF) |
| JON-PAUL SADAMI NATTO, and<br>HARLAN QUESTORIA HIGA, | ) |
| Defendants. | ) |

                                                **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1) $972 in United States Currency;
2) Walther PPS, 9mm handgun, serial #AC8749;
3) Sig Sauer, model P220, .45 caliber handgun, serial #G344535;
4) Springfield Armory, model XD-9, 9mm handgun, serial #USB14380;
5) Heckler & Koch, model HK45, .45 caliber handgun, serial #HKU-002807;
6) Walther PPK, model S-1, .380 caliber handgun, serial #8174BAC;
7) Smith and Wesson Airweight, .38 caliber handgun, serial #DBR0046;
8) LWRR International, M6/A3, 5.56 caliber rifle, serial #80-0060;
9) Norinco, Mak-90 Sporter, 7.62 caliber rifle, serial #9458024;
10) Norinco, Mak-90 Sporter, 7.62 caliber rifle, serial #9363156;

| | | |
|---|---|---|
| 11) | 5, 5.56mm caliber magazines; |
| 12) | 8, 7.62x39 caliber magazines; |
| 13) | 3, HK .45 caliber magazines; |
| 14) | 3, Springfield XD, 9mm magazines; |
| 15) | 4, Walther .380 caliber magazines; |
| 16) | 3, Sig Sauer, .45 caliber magazines; |
| 17) | 1, Walther 9mm magazine; and |
| 18) | any and all ammunition (all of which constitute "property"). |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the respective Preliminary Orders of Forfeiture entered in this case are null and void (ECF Nos. 50 - 51);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property does not revert to Jon-Paul Sadami Natto, Harlan Questoria Higa, and/or any person acting in concert with them and/or on their behalf; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property reverts to the State of Nevada.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _August 6, 2013._____